IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| HERBERT STANLEY SIKES,      ) | |
| ) | |
|   Plaintiff,                ) | |
| ) | CIVIL ACTION NO. |
| v.                          ) | 3:07cv825-MHT |
| ) | |
| MERCK & CO., INC., et al.,  ) | |
| ) | |
|   Defendants.               ) | |

### ORDER

Counsel for plaintiff having orally informed the court that plaintiff does not object, it is ORDERED as follows:

(1) The motion to stay (Doc. No. 3) is granted.

(2) All proceedings in this case are stayed pending MDL transfer.

DONE, this the 2nd day of October, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE