A CERTIFIED TRUE COPY

OCT 15 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT 1 5 2007

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 27 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1657

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-116)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,351 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 15 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION  MDL No. 1657

## SCHEDULE CTO-116 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | CASE NUMBER EASTERN DIST. OF LA |
|---|---|---|
| ALABAMA MIDDLE | | |
| ALM 3   07-825 | Herbert Stanley Sikes v. Merck & Co., Inc., et al. | 07-6873 |
| ALM 3   07-826 | Ruth Graves v. Merck & Co., Inc., et al. | 07-6874 |
| ALM 3   07-827 | Phillip Thompson v. Merck & Co., Inc., et al. | 07-6875 |
| LOUISIANA WESTERN | | |
| LAW 6   07-1524 | Landry Fontenot v. Merck & Co., Inc. | 07-6876 |
| LAW 6   07-1525 | Eddie Sonnier v. Merck & Co., Inc. | 07-6877 |

SECTION L MAG JUDGE
(3)

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                        MDL No. 1657

## INVOLVED COUNSEL LIST (CTO-116)

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113-1116

James S. Hubbard
Hubbard & Knight
P.O. Drawer 1850
Anniston, AL 36202-1850

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Doanld L. Mayeux
P.O. Box 1460
Eunice, LA 70535

Steven R. Morris
P.O. Box 814
108 South Main Street
Wedowee, AL 36278-0814

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION  MDL No. 1657

## INVOLVED JUDGES LIST (CTO-116)

Hon. Mark E. Fuller
Chief Judge, U.S. District Court
A-300 U.S. Courthouse
One Church Street
Montgomery, AL 36104

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Richard T. Haik, Sr.
Chief Judge, U.S. District Court
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

October 15, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL No. 1657 -- IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-116)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 27, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc:  Transferee Judge:     Judge Eldon E. Fallon
     Transferor Judges:    (See Attached List of Judges)
     Transferor Clerks:    Debra P. Hackett; Robert H. Shemwell

JPML Form 36A